NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PURE FISHING, INC.,**
*Plaintiff-Appellant,*

**v.**

**NORMARK CORPORATION
(doing business as Rapala),**
*Defendant-Appellee.*

---

2013-1655

---

Appeal from the United States District Court for the District of South Carolina in No. 10-CV-2140, Judge Cameron McGowan Currie.

---

**JUDGMENT**

---

MARCUS A. MANOS, Nexsen Pruet, LLC, of Columbia, South Carolina, argued for plaintiff-appellant. With him on the brief was DANIEL C. LEONARDI.

J. THOMAS VITT, Dorsey & Whitney LLP, of Minneapolis, Minnesota, argued for defendant-appellee. With him on the brief were SHANNON L. BJORKLUND and MICHAEL WEINBECK.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, LOURIE, and DYK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  June 20, 2014  | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |